**Order entered March 27, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00048-CR

**LAURA JAYNE CANNON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-82550-2014**

## ORDER

The Court **REINSTATES** the appeal.

On March 24, 2015, we ordered the trial court to make findings based on correspondence from both the County Clerk and the court reporter that appellant had not requested or paid for their respective records. On March 23, 2015, we received a copy of appellant's request for preparation of the reporter's record and on March 24, 2015, the Collin County Clerk requested an extension of time to file the clerk's record. Accordingly, we conclude that findings are not required at this time and we **VACATE** the March 24, 2015 order requiring findings.

We **GRANT** the March 24, 2015 extension request and **ORDER** the Collin County Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **ORDER** court reporter Marissa Elliott to file the reporter's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable David Rippel, Presiding Judge, County Court at Law No. 4; Stacey Kemp, Collin County Clerk; Marissa Elliott, court reporter; and to counsel for all parties.

/s/    LANA MYERS
       JUSTICE